THERE IS NO DOCUMENT FOR THIS ENTRY.  ORDER ENTERED IN WRONG CASE AND REMOVED THIS DATE.