IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LIDROR J. CHATMON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:10cv485-MHT |
| | ) | (WO) |
| JOHN TAMPA, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Plaintiff Lidror J. Chatmon filed this lawsuit asserting that she was terminated because of her race, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 1981a, 2000e through 2000e-17. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant John Tampa's motion to dismiss be granted. Also before the court are Chatmon's objections to the recommendation. After an independent and de novo review of the record, the court concludes that Chatmon's objections should be overruled and the magistrate judge's

recommendation adopted.  This case remains pending as to the other defendants.

An appropriate judgment will be entered.

DONE, this the 11th day of August, 2010.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**