IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LIDROR J. CHATMON,      ) | |
|     )  | |
|   Plaintiff,     ) | |
|     )  | CIVIL ACTION NO. |
|   v.     ) | 2:10cv485-MHT |
|     )  | (WO) |
| JOHN TAMPA, et al.,     ) | |
|     )  | |
|   Defendants.    ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Lidror J. Chatmon's objections (Doc. No. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 16) is adopted.

(3) Defendant John Tampa's motion to dismiss (Doc. No. 11) is granted, and defendant Tampa is dismissed. This case remains pending as to the other defendants.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 11th day of August, 2010.**

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**