```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LIDROR J. CHATMON,              )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:10cv485-MHT
                                )          (WO)
VISION HOSPITALITY and          )
HAMPTON INN,                    )
                                )
     Defendants.                )
```

OPINION

Plaintiff Lidror J. Chatmon filed this lawsuit asserting that defendants Vision Hospitality, LLC, and P & T Hospitality, LLC, doing business as Hampton Inn and Suites (incorrectly named in the complaint as Hampton Inn) terminated her employment because she is African-American. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of August, 2011.


                                /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE