IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LIDROR J. CHATMON,           )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )        2:10cv485-MHT
                             )           (WO)
VISION HOSPITALITY and       )
HAMPTON INN,                 )
                             )
     Defendants.             )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Lidror J. Chatmon's objections (Doc. No. 53) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 52) is adopted.

(3) The motion for summary judgment (Doc. No. 31) filed by defendants Vision Hospitality, LLC, and P & T Hospitality, LLC, doing business as Hampton Inn and

Suites (incorrectly named in the complaint as Hampton Inn) is granted.

(4) Judgment is entered in favor of said defendants and against plaintiff, with plaintiff taking nothing by her complaint as to said defendants.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is terminated as to said defendants.

DONE, this the 3rd day of August, 2011.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE